# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAVIER ROBLES, MONICA KAMAL, and REBECCA WYLIE, individually on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation, <br><br> Defendant. | ) ) ) ) ) ) Case No. 11 cv 1785 ) ) The Honorable Joan Humphrey Lefkow ) ) ) ) ) ) ) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS FOR LACK OF STANDING AND ON PLAINTIFFS' CLASS CLAIMS

Defendant, Costco Wholesale Corporation ("Costco"), by its undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(c) for a Judgment on the Pleadings for Lack of Standing and on Plaintiffs' Class Claims. In support of this Motion, Costco relies upon its Memorandum of Law in Support of Costco's Motion for Judgment on the Pleadings For Lack of Standing and On Plaintiffs' Class Claim, which is filed contemporaneously herewith.

WHEREFORE, Costco respectfully requests that its Motion For Judgment on the Pleadings for Lack of Standing and On Plaintiffs' Class Claims should be granted.

| | |
|---|---|
| **DATED: December 2, 2011** | Respectfully submitted,<br><br>COSTCO WHOLESALE CORPORATION<br><br>By: /s/ William F. Dugan<br>     One of Its Attorneys<br><br>Gerald L. Pauling, II<br>William F. Dugan<br>Abad Lopez<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000<br><br>Charles A. Valente<br>Frederick M. Kaplan<br>Krasnow Saunders Cornblath Kaplan & Beninati LLP<br>500 North Dearborn Street, Suite 200<br>Chicago, Illinois 60654<br>(312) 832-7890<br><br>*Counsel for Costco Wholesale Corporation* |

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of December, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Vincent T. Borst
> Robert M. Winter
> Andres J. Gallegos
> Richard Lee Stavins
> Arthur Radke
> ROBBINS, SALOMON & PATT, LTD.
> 25 East Washington Street, Suite 1000
> Chicago, Illinois 60602
> (312) 782-9000-Telephone
> (312) 782-6690- Facsimile
>
> Attorneys For Plaintiffs

        /s  William F. Dugan