IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAVIER ROBLES, MONICA KAMAL and REBECCA WYLIE, individually on behalf of themselves and all other persons similarly situated, ) ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 11 CV 1785 |
| v. ) ) | Judge Joan H. Lefkow |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, ) ) ) ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiffs Javier Robles, Monica Kamal, Rebecca Wylie and Defendant Costco Wholesale Corporation, by and through their attorneys pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that: (1) the individual claims of Javier Robles, Monica Kamal, Rebecca Wylie be dismissed with prejudice; (2) the class claims be dismissed without prejudice; and (3) the Court to retain jurisdiction through the completion of all of the parties' obligations under their settlement agreement, at which time the dismissal shall convert to one with prejudice.

AGREED AND CONSENTED TO:

Dated: October 11, 2013

Respectfully submitted,

JAVIER ROBLES, MONICA KAMAL,
REBECCA WYLIE, individually, on behalf of
themselves and all other persons similarly situated

By:     /s/ Jennifer M. Sender_____
        One of Their Attorneys

Jennifer M. Sender (ARDC No. 6207774)
Robert M. Winter (ARDC No. 3122228)
Andrés J. Gallegos (ARDC No. 6212168)
Catherine A. Cooke (ARDC No. 6289263)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
jsender@rsplaw.com
rwinter@rsplaw.com
agallegos@rsplaw.com
ccooke@rsplaw.com

COSTCO WHOLESALE CORPORATION

By:     /s/ William F. Dugan_____
        One of Its Attorneys

William F. Dugan
Abad Lopez
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Charles A. Valente
Frederick M. Kaplan
Krasnow Saunders Cornblath Kaplan & Beninati LLP
500 North Dearborn Street, Suite 200
Chicago, Illinois 60654
(312) 832-7890