UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Javier Robles, et al.
                                   Plaintiff,

v.                                                  Case No.: 1:11−cv−01785
                                                    Honorable Joan H. Lefkow

Costco Wholesale Corporation
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2013:

    MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 10/17/2013. Plaintiff's oral motion to dismiss pursuant to settlement is granted. Case dismissed without prejudice with leave to reinstate by 10/16/2015. If plaintiff does not move to reinstate by 10/16/2015, dismissal will become a dismissal with prejudice without further order of the court. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.